# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES JORDANOFF, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. CIV-14-0493-F |
| | ) |
| JUSTIN JONES, ODOC, Director, | ) |
| | ) |
| Respondent. | ) |

## ORDER

Petitioner, a state prisoner proceeding pro se, challenges his sentence execution in a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On October 7, 2014, Magistrate Judge Suzanne Mitchell filed a Report and Recommendation (the Report), recommending that the court dismiss the habeas petition as untimely. Doc. no. 26. The Report advised the petitioner of his right to object and that failure to make timely objection to the Report waives the right to appellate review of both factual and legal issues contained in the suggested ruling. Petitioner did not file an objection or ask for an extension of time within which to object.

Upon review, and with no objection having been filed, the court concludes that it agrees with the Magistrate Judge and that no purpose would be served by any further analysis here. The court hereby **ADOPTS**, **ACCEPTS** and **AFFIRMS** the Report of the magistrate judge. The petition for writ of habeas corpus pursuant to § 2241 is **DISMISSED** as untimely. Dismissal moots petitioner's motion for a

preliminary injunction, doc. no. 4, which is **STRICKEN**. A certificate of appealability is **DENIED**.

Dated this 12th day of November, 2014.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0493p002.wpd